IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO.:  5:18-cr-100-2BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NOTICE OF APPEAL |
| | ) | |
| RICHARD OMAR MCCORMICK, | ) | |
| | ) | |
| Defendant | ) | |

Notice is hereby given that Defendant Richard Omar McCormick hereby appeals to the United States Court of Appeals for the Fourth Circuit from the judgment and sentence imposed in this matter on the 17th day of September, 2019.

Respectfully submitted, this 24th day of September, 2019.

WILLIAMS MULLEN

/s/  Wes J. Camden
Wes J. Camden
N.C. State Bar No. 33190
Email: wcamden@williamsmullen.com
301 Fayetteville Street, Suite 1700
Raleigh, NC  27601
Telephone: (919) 981-4000
Facsimile: (919) 981-4300
CJA Appointed Counsel
*Attorneys for Richard McCormick*

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Bradford Knott, Esq.

/s/ Wes J. Camden
Wes J. Camden